UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHELE GRUMLEY, | No. C 15-00439 LB |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CONTRA COSTA OFFICE OF THE SHERIFF, et al., | |
| Defendants. | |

Plaintiff filed a complaint against Defendants on January 30, 2015. Defendants did not answer it but instead moved to dismiss it. (Motion, ECF No. 12.) The motion is noticed for hearing on April 2, 2015. Rather than opposing it, Plaintiff filed, as he may, a notice of voluntary dismissal that dismisses his action against Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). The court thus will terminate Defendants' motion and direct the Clerk of the Court to close this action.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
LAUREL BEELER
United States Magistrate Judge